**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Civil No. 01-CV-1245 (JMR/FLN)

**SUSAN LARSON,**

Plaintiff,

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

vs.

**ABACUS GROUP, L.L.C., and ALLEN M. STERN,**

Defendants.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, that this action, having been amicably resolved, is hereby dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: Feb. 8, 2002

Jonathan C. Lewis (MN I.D. #172017)
3109 Hennepin Avenue South
Minneapolis, MN 55408
(612) 825-8837

ATTORNEYS FOR PLAINTIFF
SUSAN LARSON



FILED FEB 14 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: February 11, 2002

Richard A. Ross (MN I.D. #181791)
Ingrid N. Nyberg (MN I.D. #287465)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7022

ATTORNEYS FOR DEFENDANTS
ABACUS GROUP, LLC, and ALLEN
STERN

**ORDER**

**BASED ON THE FOREGOING**:

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: February 13, 2002

Honorable James M. Rosenbaum
United States District Court Judge

::ODMA\PCDOCS\FBDOCS1\2614202\1